IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

**JAMES FUDGE**                                                                                          **PLAINTIFF**
**ADC #78875**

**V.**                                        **NO: 2:08CV00021 BSM**

**DENISE JONES** *et al.*                                                                       **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 18th day of December, 2009.

_____
UNITED STATES DISTRICT JUDGE